**HAMILTON, Co. Treas., et al. v. EXCHANGE NAT. BANK.**

No. 13248—Opinion Filed Nov. 18, 1924.

Rehearing Denied Jan. 26, 1926.

(Syllabus.)

Taxation—Syllabus Adopted.

The syllabus in case No. 13247, entitled Fred Hamilton, County Treasurer of Muskogee County, and W. M. Gulager, Tax Ferret, Plaintiffs in Error, v. International Bank of Haskell, Defendant in Error, this day decided by this court, 114 Okla. 28, 242 Pac. 858, is made the syllabus in this case.

Error from County Court, Muskogee County; Enloe V. Vernor, Judge.

In the matter of assessment of omitted property of the Exchange National Bank of Muskogee. Judgment for the bank, and Fred Hamilton, County Treasurer, and another bring error. Affirmed.

, Wm. A. Green, Co. Atty., Graham Moore, Asst. Co. Atty., and Neff & Neff, for plaintiffs in error.

Joseph C. Stone, Charles A. Moon, and Francis Stewart, for defendant in error.

LYDICK, J. This is a companion case to case No. 13247, entitled Fred Hamilton,

County Treasurer of Muskogee County, Oklahoma, and W. M. Gulager, Tax Ferret. Plaintiffs in Error, v. International Bank of Haskell, Defendant in Error, and this day decided by this court, 114 Okla. 28, 242 Pac. 858. Upon authority of that case, the judgment of the lower court in this case is affirmed.

McNEILL, C. J., and NICHOLSON, JOHNSON, MASON, WARREN, and GORDON. JJ., concur.